IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGIE A. SHEPARD, | ) |
| Plaintiff, | ) Case No. 3:05-0423 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 10) and Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand to Defendant (Doc. No. 14). The Court is in receipt of the Magistrate Judge's Report and Recommendation (Doc. No. 16). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby DENIES Plaintiff's Motion for Judgment on the Pleadings and GRANTS Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand to Defendant. Pursuant to sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES and REMANDS the cause to the Commissioner for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation. This Order terminates this Court's jurisdiction over the above-styled action, and the case is dismissed.

It is so ORDERED.

Entered this the ___30___ day of November, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT